RICHARD J. McDERMOTT, as Administrator of the Estate of LUCILLE BURNS, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.—

Present —
Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.